NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICK TUFANO,                          )
                                      )
              Appellant,              )
                                      )
v.                                    )          Case No. 2D17-3384
                                      )
BANK OF NEW YORK MELLON,              )
                                      )
              Appellee.               )
_____  )

Opinion filed September 28, 2018.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Judge.

Rick Tufano, pro se.

Dariel Abrahamy of Greenspoon Marder
LLP, Boca Raton, for Appellee.


PER CURIAM.


              Affirmed.


KELLY, VILLANTI, and BLACK, JJ., Concur.